155 So. 924

## Tom WARD v. STATE.
### 8 Div. 944.

Court of Appeals of Alabama.
March 6, 1934.

Rehearing Denied June 5, 1934.

W. H. Long, of Decatur, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

RICE, Judge.
Affirmed.

152 So. 926

## Rufus WARREN v. STATE.
### 8 Div. 848.

Court of Appeals of Alabama.
Jan. 30, 1934.

RICE, Judge.
Appeal dismissed.

151 So. 927

## Ernest WASHINGTON v. CITY OF TUSCA-LOOSA.
### 6 Div. 582.

Court of Appeals of Alabama.
Dec. 19, 1933.

BRICKEN, Presiding Judge.
Affirmed.

151 So. 927

## Ernest WASHINGTON v. CITY OF TUSCA-LOOSA.
### 6 Div. 585.

Court of Appeals of Alabama.
Dec. 19, 1933.

BRICKEN, Presiding Judge.
Affirmed.

151 So. 927

## Ernest WASHINGTON v. CITY OF TUSCA-LOOSA.
### 6 Div. 586.
Court of Appeals of Alabama.
Dec. 19, 1933.

SAMFORD, Judge.
Affirmed.

153 So. 925

## George WATKINS v. STATE.
### 8 Div. 828.

Court of Appeals of Alabama.
March 27, 1934.

SAMFORD, Judge.
Affirmed.

153 So. 925

## Jim WATKINS v. STATE.
### 8 Div. 829.

Court of Appeals of Alabama.
March 6, 1934.

RICE, Judge.
Affirmed.

152 So. 926

## Tim WATKINS v. STATE.
### 8 Div. 827.

Court of Appeals of Alabama.
Feb. 13, 1934.

BRICKEN, Presiding Judge.
Affirmed.